*John Williams*
*vs*
*Henry Berthelet*

decl$^{on}$
filed in court 30. Sept$^{ber}$ 1808

Sol. Sibley Att$^y$

Michigan Territory towit—   in the supreme court of s$^D$ territory of sep$^T$ term 1808—

John Williams By Sol Sibley his Aty complains of Henry Berthelet in custody of the marshal &c of a plea of covenant broken, For this, That whereas, by a certain instrument of writing under seal in the french Language, made the tenth day of July in the year of our Lord one Thousand Eight hundred and five, Towit at Detroit, in the Territory of Michigan

afores$^d$ between the said John Williams of the one part and the said Henry Berthelet of the other the other part (one part whereof sealed with the seal of the said Henry he the said John bring here into court, being date the same day and year afores$^d$) by which s$^d$ instrument he the said Henry on his part did covenant and agree with the s$^d$ John in substance following, that is to say, That he the said Henry, would deliver to the said John, One Thousand Racoonskins, one hundred Bear skins and twenty otter skins, all of which s$^d$ skins to be receipted assuming that s$^d$ skins should be good and merchantable, To wit at Detroit afores$^d$ which s$^d$ skins so receipted & delivered, the s$^d$ Henry did agree that the said John should ship to London by the way of New York, for account and at the risk of the s$^d$ Henry, to be there sold, to wit in London afores$^d$ for the acc$^t$ of the s$^d$ Henry, and it was further agreed by and between the s$^d$ Henry and John that the said Henry be at and meet all and singular the costs charges and expenses, That should attend, the transport, of s$^d$ Peltries from Detroit through New York to London as also all expenses of commissions arising insurance, sales &$^c$ and moreover give the said John, for his trouble, in receiving said Peltries at Detroit, conducting & delivering the same at New York, and for causing them to be forwarded from there to London taking the necessary precautions & assurances for forwarding the same from New York to London, a commission thereon of six per cent, estimating such commission by what the same quality of peltries would bring at new york, or by what the s$^d$ John might get for the same quality of peltries in New York— And the s$^d$ Henry did further agree to pay the s$^d$ John six per cent interest, upon the money the s$^d$ John or his agents should advance the s$^d$ Henry, being on account of said Peltries as hereafter mentioned, such Interest to be calculated from the time s$^d$ Henry should so receive the same of the s$^d$ John till the proceeds of the sales of s$^d$ Peltries to be made in London, should be passed to the credit of the s$^d$ John, Towit in New York afores$^d$ and in the event of such proceeds of sale exceeding the sum that the s$^d$ John should advance the s$^d$ Henry, then the s$^d$ John should pay interest at six per cent on such surplus till paid the said Henry—And it was then and there further agreed by and between the s$^d$ Henry and John, that the said John upon receiving such peltries from the said Henry as afores$^d$ should advance & pay the said Henry Twelve Hundred dollars, To wit four hundred pounds New York Currency equal to One thousand dollars (at which s$^d$ sum said Peltries were estimated by the parties) the one half of said four hundred pounds in the course of said month of July 1805, the other half of s$^d$ four hundred pounds in the course of the month of October then next ensuing and two hundred dollars residue of s$^d$ Twelve hundred in the course of the then next winter ensuing the date of s$^d$ agreement, which s$^d$ last mentioned sum of two hundred dollars was to be advanced by the s$^d$ John to s$^d$ Henry under an expectation that s$^d$ Peltries

would upon being sold in London nett clear of expenses more than the s$^d$ sum of One Thousand dollars at which s$^d$ Peltries had been estimated as afores$^d$ And the said John saith that trusting to the agreement so as aforesaid made and entered into to and with the said Henry as afores$^d$ and in pursuance thereto, afterwards Towit on the same day and year afores$^d$ Towit at Detroit afores$^d$ he the said John did accept and receive of and from the said Henry, the peltries and skins aforesaid, and the same did conduct and carry to New York afores$^d$ and there did ship and cause to be shipped, said skins & peltries to London afores$^d$ to be there sold for account and at the risk of the said Henry as afores$^d$ having first taken the necessary assurances for the transmission and arrival of the same in London afores$^d$ at which place Towit London afores$^d$ the said peltries so shipped from New York as afores$^d$ did safely arrive and were there sold for the account of the said Henry Towit afterwards on the Twelfth day of July in the year of our Lord one Thousand Eight hundred and six, Towit at London afores$^d$ in pursuance of the agreement afores$^d$ and the said John avers that in pursuance of the agreement aforesaid, and in pursuance to the terms thereof he the said John did advance and pay the said Henry at Detroit afores$^d$ the said sum of Twelve hundred dollars as in and by the afores$^d$ agreement was to be paid and advanced to the said Henry and in all other things to be performed, by the said John on his part did well and faithfully perform and do, to wit at Detroit afores$^d$— And the said John further avers, that said Peltries being so sold in London as aforesaid, the nett proceeds thereof, deducting the expenses attending the said Peltries in London & the sale of s$^d$ Peltries, did amount to Two hundred and seventeen pounds seventeen shillings and Two pence sterling, equal to nine hundred and sixty eight dollars and twenty six cents lawful money of the United States of America and the said John further avers, that the expenses of transport of s$^d$ Furs & Peltries from Detroit to New York expenses and charges, at New York, and on the insurance of s$^d$ Peltries, including the commission, agreed to be paid the said John for superintending the transport & shipment of s$^d$ Peltries, other than the expenses in London afores$^d$ and which the s$^d$ John by virtue of said Agreement ought to receive and have of the said Henry amounted to a large sum of money, Towit to this the sum of two hundred dollars lawful money afores$^d$ which said last sum of money, being defalked from the said sum of nine hundred and sixty eight dollars and twenty six cents in pursuance of s$^d$ agreement, leaving in the possession and hand of the said John Williams seven hundred sixty eight dollars and twenty six cents, the nett proceeds arising from the sale of the peltries & furs afores$^d$ and to be accounted for to the s$^d$ Henry Berthelet, in part payment of the said sum of Twelve hundred Dollars by the said John advanced the s$^d$ Henry as afores$^d$ under the agreement aforesaid, of all which the said Henry afterwards, towit on the first

day of March in the year of our Lord 1807, towit at Detroit afores^d in the Territory afores^d had notice from the s^d John— And the said John Williams saith that the said Henry by reason of the premises afores^d and by virtue of the agreement aforesaid, stands indebted to the said John in the sum of Four Hundred and thirty one dollars and Seventy four cents, being money by the said John advanced & paid the said Henry under the agreement afores^d over and above the nett proceeds of said furs and peltries as afores^d together with interest upon said sum of money so advanced by the s^d John to the s^d Henry as afores^d & which the said Henry, by virtue of his aforesaid covenants is bound and obliged to account for and pay to the said John, when he should be thereto requested of all which the said Henry was noti-fied by the said John, towit on the same day & year last afores^d Towit at Detroit afores^d in the Territory afores^d and then and there the s^d John did request the said Henry to account and pay him said sum of money with Interest as afores^d so deficient, & due the s^d John as afores^d and in all things to keep fulfill and perform his afores^d covenant so made as aforesaid, on his part to be kept and performed as afores^d But the s^d Henry to pay said sum of money so deficient and owing the s^d John as aforesaid with Interest or any part thereof, and in other respects to perform the covenants on his part to be kept and performed, to and with the said John hath hitherto & still doth refuse & neglect wherefore the said John saith that the said Henry hath broken his said covenant so made & entered into with him the s^d John as afores^d to the damage of him the said John Twelve Hundred dollars, and there-fore he brings his suit &c    Pledges Jn^o Doe & Rich^d Roe

Michigan Territory towit

John Williams puts in his place and stead Sol Sibley his Att^y against Henry Berthelet, to prosecute in a plea of covenant Broken &c

[In the handwriting of Solomon Sibley]

[Indorsement]

And the said Henry By E Brush his att^y comes and defends &c and saith that he hath not broken his covenant as the said John hath above thereof complained ag^t him but in all things hath kept and observed the same and of this he puts himselfe on the country and the pltf Likewise

By E Brush his Att^y

[In the handwriting of Elijah Brush]